UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12185-GAO

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

v.

GEOFFREY J. EITEN and NATIONAL FINANCIAL COMMUNICATIONS, CORP.

Defendants.

**ORDER**
April 13, 2012

O'TOOLE, D.J.

The plaintiff's Motion (dkt. no. 7) to Strike the Answer (dkt. no. 6) of National Financial Communications Corporation ("NFCC") is GRANTED.  A corporation must be represented by a licensed attorney. D. Mass. R. 83.5.2(d).  See also In re Victor Publishing, 545 F.2d 285, 286 (1st Cir. 1976).  Additionally, a person who is not an attorney is "allowed to appear and practice before the court only in his own behalf." D. Mass. R. 83.5.3(c).  Mr. Eiten is not an attorney.  In this action he is therefore unable to represent any party but himself.  For this reason, he is unable to submit an answer on behalf of NFCC.  Therefore, NFCC's Answer (dkt. No. 6) must be stricken from the record.

SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge